```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SIDNEY T. Lewis,<br><br>                    Plaintiff,<br><br>-against-<br><br>GMAC MORTGAGE CORPORATION, LLC,<br><br>                    Defendant. | No. 13-CV-8146 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Plaintiff Sidney Lewis's motion [dkt. nos. 8-9], filed pro se, docketed on November 17, 2021.

Several courts have declared Sidney T. and Yvonne D. Lewis to be vexatious litigants and have enjoined them from filing any further actions. *See Lewis v. No. Am. Specialty Ins. Co. et al.*, No. 2:09-CV-179 (S.D. Oh. June 5, 2008) (Dkt. 45) (order of dismissal at 4) (imposing prefiling injunction that requires certification from an attorney that the claims are warranted); *In re Residential Capital, LLC*, No. 12-12020 (MG) (S.D.N.Y. Bankr.) (Dkt. 5212) (order denying motion at 1) (describing plaintiffs' pleading as "the most bizarre pleading filed in this or any other case that this Court has seen.").

In this action, the Court warned Plaintiffs in its order of dismissal that further frivolous litigation in this Court would result in an order barring Plaintiff Sidney Lewis from filing new actions *in forma pauperis* in this district without prior

1

permission. (Dkt. no. 6 (citing 28 U.S.C. § 1651).)  Moreover, in light of Plaintiff's litigation history, the Court directed the Clerk of Court not to accept any further filings from Plaintiff in this matter, with the exception of a notice of appeal. (*Id.*)

Eight years after this action was closed [*see* dkt. nos. 6-7], Plaintiff filed the instant motion for reconsideration of the order dismissing this action as frivolous.  Because the Court directed the Clerk of Court not to accept any further filings from Plaintiff in this mater other than a notice of appeal, the Court directs the Clerk of Court to strike Plaintiff's motions [dkt. nos. 8-9] from the docket.  If the Court were to consider the motion, it would be denied as without merit.

**SO ORDERED.**

Dated:    November 19, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge